In the Matter of the Claim of EVELYN M. BECKON, Respondent, against TIDE WATER OIL SALES CORPORATION and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

In the Matter of the Application of THE PEOPLE OF THE STATE OF NEW YORK ex rel. WILLIS B. JOHNSON, Appellant, for a Mandamus Order against CARL KEESLER (EDWARD DOOLITTLE, Present Incumbent), Superintendent of Highways of the Town of Kirkwood, Broome County, New York, Respondent.— Judgment reversed on the law and facts, with costs, and the prayer of the petitioner granted, with fifty dollars costs and disbursements. The court reverses such findings of fact as are contained in the third, fourth, fifth and sixth conclusions of law of respondent's proposed findings and conclusions, and finds that there has been a dedication of the land embraced within said road for a public highway by all the owners thereof, and a due acceptance thereof by the said town. Opinion by Rhodes, J. (which opinion is not to be published because not of general interest); Hill, P. J., Bliss and Heffernan, JJ., concur; Crapser, J., dissents and votes for affirmance of the judgment appealed from. [138 Misc. 607.]

JOHN J. HANNAN, Appellant, v. THE STATE OF NEW YORK, Respondent. (Claim No. 19314.) JOHN J. HANNAN, Appellant, v. THE STATE OF NEW YORK, Respondent. (Claim No. 19951.) *— Judgments unanimously affirmed, with costs in one action. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

THOMAS DUNPHY, Appellant, v. THE STATE OF NEW YORK, Respondent. (Claim No. 20156.) *— Judgment unanimously affirmed, with costs. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.